No. 138, Misc. LAMA *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 139, Misc. KOSTROW ET AL. *v.* VIRGINIA EX REL. VIRGINIA OAK TANNERY, INC. Circuit Court of Page County and Supreme Court of Appeals of Virginia. Certiorari denied. *Joseph Forer* and *David Rein* for petitioners. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Walter E. Rogers,* Assistant Attorney General, and *Archibald G. Robertson* for respondent.

No. 232, Misc. MURRAY *v.* ROBINSON, WARDEN. Circuit Court of Williamson County, Illinois. Certiorari denied.

*Rehearing Denied.*

No. 40. UNITED STATES ET AL. *v.* CAPITAL TRANSIT CO. ET AL., 338 U. S. 286. Rehearing denied.

No. 41. WASHINGTON, VIRGINIA & MARYLAND COACH CO., INC. ET AL. *v.* CAPITAL TRANSIT CO. ET AL., 338 U. S. 286. Rehearing denied.

No. 363. LYNCHBURG TRAFFIC BUREAU *v.* UNITED STATES ET AL., 338 U. S. 864. Rehearing denied.

No. 15, Misc. SLAUGHTER *v.* UNITED STATES, 338 U. S. 874. Rehearing denied.

No. 55, Misc. CASTOR *v.* UNITED STATES ET AL., 338 U. S. 836. Rehearing denied.